THE COUNTY COMMISSIONERS OF COLUMBIA COUNTY, APPEL-
LANTS, VS. ALEXANDER DAVIDSON, APPELLEE.

Appeal from the Circuit Court of Columbia county.

*R. W. Broome* and *S. L. Niblack* for Appellants.

*J. J. Finley* and *Wm. Bryson* for Appellee.

RANDALL, C. J., delivered the opinion of the court.

This case differs only in the amount claimed from the case of the same Appellants against Charles R. King.

For the reasons given in the opinion of the court in that case, the order awarding a peremptory writ of mandamus must be reversed and set aside, and the relator may amend the alternative writ by remitting the claim of interest upon the coupons, and he will be entitled to a peremptory writ of mandamus.